Ryan Lee Esq. (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Ste. 401
Los Angeles, CA 90025
rlee@consumerlawcenter.com
T: (323) 988-2400
F: (866) 861-1390
Attorney for Plaintiff
ELEANOR AND CRISTINA VERGARA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELEANOR AND CRISTINA VERGARA,<br><br>    Plaintiff,<br>  vs.<br><br>BUREAU OF COLLECTION RECOVERY, INC.,<br><br>    Defendant. | **Case No.: 4:12-cv-02551-DMR**<br><br>NOTICE OF SETTLEMENT |

NOW COMES the Plaintiff, ELEANOR AND CRISTINA VERGARA, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                              Respectfully Submitted,

Dated: July 3, 2012        KROHN & MOSS LTD

                              /s/ Ryan Lee
                              Ryan Lee, Esq.
                              Attorney for Plaintiff,
                              ELEANOR AND CRISTINA VERGARA

1

NOTICE OF SETTLEMENT

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on July 3, 2012, I served all counsel of record with a copy of this document by way of the CM/ECF system.

By: /s/ Ryan Lee
Ryan Lee, Esq.