**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8

9   ELEANOR AND CRISTINA VERGARA,        No. C-12-02551 DMR

10            Plaintiff(s),             **ORDER CONTINUING INITIAL CASE
                                        MANAGEMENT CONFERENCE**
11       v.

12   BUREAU OF COLLECTION,

13            Defendant(s).
    _____/
14

15   TO ALL PARTIES AND COUNSEL OF RECORD:

16        The Initial Case Management Conference previously scheduled for August 22, 2012 has

17   been CONTINUED to **September 26, 2012 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District

18   Court, 1301 Clay Street, Oakland, California 94612.  The Case Management Statement is due no

19   later than **September 19, 2012.**  Immediately upon receipt of this Order, Plaintiff shall serve

20   Defendant with a copy of this Order and file a proof of service with the court.

21        IT IS SO ORDERED.

22

23   Dated:  August 3, 2012

24   _____

25   DONNA M. RYU
     United States Magistrate Judge

26

27

28