Ryan Lee Esq. (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Ste. 401
Los Angeles, CA 90025
rlee@consumerlawcenter.com
T: (323) 988-2400
F: (866) 861-1390
Attorney for Plaintiff
ELEANOR AND CRISTINA VERGARA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELEANOR AND CRISTINA VERGARA,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>BUREAU OF COLLECTION RECOVERY, INC.,<br><br>　　　　Defendant. | **Case No.: 4:12-cv-02551-DMR**<br><br>NOTICE OF VOLUNTARY DISMISSAL |

### NOTICE OF VOLUNTARY DISMISSAL

ELEANOR AND CRISTINA VERGARA (Plaintiff), by their attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, BUREAU OF COLLECTION RECOVERY, INC. (Defendant), in this case. Plaintiff hereby request this honorable court to retain jurisdiction for the next 60 days for the purpose of enforcement of the settlement. Both sides to bear their own fees and cost.

　　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated: September 20, 2012　　　KROHN & MOSS LTD

　　　　　　　　　　　　　　　　　/s/ Ryan Lee
　　　　　　　　　　　　　　　　　Ryan Lee, Esq.
　　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　ELEANOR AND CRISTINA VERGARA

1

---

REQUEST FOR EXTENSION OF TIME TO FILE DISMISSAL

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2012, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. I further that I served all counsel of record with a copy of this document by way of the CM/ECF system.

By:   /s/ Ryan Lee, Esq.   
      Ryan Lee, Esq